GUARANTY TRUST COMPANY OF NEW YORK, as Substituted Trustee under Indenture Dated July 25, 1929, as Amended, etc., Made between JEAN HARRIS (Formerly JEAN FERRIS) and GUARANTY EXECUTOR AND TRUSTEE COMPANY, LTD., Appellant, v. JEAN HARRIS and IRVING DROUGHT HARRIS, Appellants, and JOHN WAKEFIELD HARRIS and Another, etc., Defendants, and JOHN F. KEATING, as Guardian ad Litem of JOHN WAKEFIELD HARRIS and ELIZABETH HARRIS, Respondent.— Appeal by defendants, Jean Harris and Irving Drought Harris, and by the plaintiff from so much of judgment as directs plaintiff to pay $25,000 out of the cash principal of the trust to the respondent, John F. Keating, for his services as guardian ad litem for the infant defendants John Wakefield Harris and Elizabeth Harris in the prior steps of this litigation, and from so much of order as directs the entry of such judgment. Judgment and orders, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH PRADO, an Infant, by ARSENIO PRADO, His Guardian ad Litem, ARSENIO PRADO and GIROLAMO DELUCA, as Administrator, etc., of ANTHONY DELUCA, Deceased, Respondents, v. LONDON GUARANTEE & ACCIDENT COMPANY, LIMITED, Appellant.— Action on an automobile liability policy issued to one Rosenberg against whom plaintiffs have recovered judgments in actions for personal injuries and for loss of services. Executions were returned unsatisfied. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ANTON HURM and Others, Respondents, v. THERESIA NOLL and Others, Defendants, Impleaded with FRANK KING and Others, Appellants.— Action for the partition or sale of real estate located in the county of New York owned by Joseph J. Noll. Interlocutory judgment, as amended, confirming referee's report directing sale of real property unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.